# UNITED STATES DISTRICT COURT

for the

MIDDLE District of TENNESSEE

NASHVILLE Division

| | |
|---|---|
| JERIMIAHA A.K.A. ALONZO TONY WATSON <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br><br> NASHVILLE RESCUE MISSION MENTAL HEALTH COOPERATION <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:24-CV-1400 <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_ ☑Yes ☐No |

## COMPLAINT FOR A CIVIL CASE
ILLEGAL TO DRAW OR TAKE BLOOD

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JERIMIAHA A.K.A. ALONZO TONY WATSON |
| Street Address | 705 DREXEL ST |
| City and County | NASHVILLE, DAVIDSON Co. |
| State and Zip Code | TENNESSEE 37203 |
| Telephone Number | ( ) WILL CONTACT COURT |
| E-mail Address | WILL CONTACT COURT |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

MENTAL HEALTH COOPERATIVE
TO FIND HOUSING / CASE MANAGERS
275 CUMBERLAND BRVD. METRO CENTER
NASHVILLE, DAVIDSON CO.
TENNESSEE 37203
(615) 726-3340
?

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

MONTGOMERY COUNTY COURT / JAIL
CORRECT, EXSPUNGE / FIND LAND /
CLARKSVILLE, TENNESSEE RELEASE (RESTATR HOUSING WORK)
CLARKSVILLE TN NOW / AFTER / WHEN
TENNESSEE 37040

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

DEPUTIES:
TO HIRE ALONZO SHERRIFF BILLY R.
TONY WATSON
AS SHERRIFF LAST (SMITH)?
OC MONTGOMERY
TENNESSEE CLIFTON (SMITH)
37040
OVER TURN REMAND TO U.S.D.C. M
CLAIM MISSING ALONZO
TONY WATSON NOT OF
FILE CYBER ATTACH
AND UNFOUNDED RESULTS
IN OTHER COURT RECORDS

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

*[handwritten: CHANGED DEFENDANTS STATE CLAIMS OVER AT TIME 1983 CIVIL RIGHTS U.S. TRILLION 14(*) LETH LEGS OR MORE]*

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *[handwritten: WHAT HAPPEN TO CLAIM? WHAT HAPPEN TO JUDGES AND DEFENDANTS. WHAT HAPPEN TO ATTORNEY APPOINTED BY COURT PAULA O. BLAIR AND CONNER STATE TREASURE FROM BROWN (JUDGE COURT US. D. CT. M.T]*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual *[handwritten: (LEAD) PROSECUTOR]*

   The plaintiff, *(name)* ALONZO TONY WATSON , is a citizen of the *[handwritten: COLONIZE COUNTRY SEVERAL PREMIER INVESTIGATOR]*

   State of *(name)* TENNESSEE .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* TENNESSEE , is incorporated

   under the laws of the State of *(name)* ALONZO TONY WATSON ,

   and has its principal place of business in the State of *(name)*

   UNITED STATES GOVERNMENT

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) *[handwritten: PLAINTIFF MARK NOLAN DISTRICT ATTORNEY FOR TENNESSEE]*

   a. If the defendant is an individual *[handwritten: BE PLAINTIFF]*

   The defendant, *(name)* I ASK WHAT SMITHS , is a citizen of *[handwritten: WITO WITNESS]*

   the State of *(name)* TENNESSEE . Or is a citizen of *[handwritten: DIFFENDAM]*

   *(foreign nation)* ? WHO .

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

U.S. SUPREME COURT GAVE ME TENNESSEE SUPREME
COURT AND I ACTED AS 13TH WITNESSED
WHY LAWS FOR AMENDMENTS I MUST
START SOMEWHERE KEEP(FILES) SAUGHT I GUESS
AD PAY PUNITIVE OF BROADWAY WON
75,000 FOR EACH CLAIM

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

U.S.D.C.M.T. TOPLE      U.S.D.C.T. BROADWAY
CHURCH STREET          ALONZO TONY WATSON - (CLERKK S)
FILED 14 CLAIMS        75,000 EACH
COURT HAD ME TO        CLAIM
CONTINUE CASE
NEVER PAID WHY?
PAY COURT

**IV.   Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. AMENDING ALL STATES AND BUISNESSESS
2. DAMAGES SENT TO MENTAL HEALTH PAY TONY WATSON MIDDLE, MEJIA
3.
4. TOLD I WOULD RECIEVE WORKS ON SITE(S) APPOINTED SUMMONS SOFTWARE FOR WORK A ERROR CONSTRUCTED

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. *NO CLOSING / OPEN*

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney _MARK NOLAN_

Bar Number

Name of Law Firm _MONTGOMERY County Courts_

Street Address

State and Zip Code

Telephone Number

E-mail Address

DEFENDANTS: 1994 - 2024 (2024?)

DEPUTIES, CRAWFORD, LUNCEFORD
CLARKSVILLE, TN SHERIFF BILLY RAY
MONTGOMERY COUNTY TN

DEFENDANTS: ~~THE STREET COURT MENTAL HEALTH CENTER~~

DEFENDANTS: MENTAL HEALTH COOPERATIVE
275 CUMBERLAND BEND
NASHVILLE TENNESSEE
37203

DEFENDANTS: GANGS ATTACKIN
ME AT MISSIONS NASHVILLE RESCUE
WILL OTHER DEFENDANTS
I FILED CLAIMS ON
AND HAS ANSWERED; NEVER
RECEIVED ANYTHING IN
ALMOST 30 YRS AND ITS NOT
2024 FEDERAL LOWER THAN
THAT
DEFENDANT MIDDLE TENNESSEE MENTAL HEALTH
INSTITUTE, NASHVILLE TENNESSEE
37203
DEFENDANTS? ~~YES~~ WHY WONT
YOU PAY HIM $75,000 NOW ITS
COLD
EVERYONE IS NOT BAD IN
TENNESSEE WE LOVE ALONZO
TENNESSE
TONY WATSON ANTHONY WATSON PLANET WATSON
JEREMIAH, THE QUEEN.
U.S. 6TH CIRCUIT NAMED ALONZO WATSON
AND A
WHITE GAY MAN GOT TO M.H.C FOOTNOTE
COMPL...